UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DAVID ALVARADO<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | C.A. NO. C-04-521 |
| SCHERING-PLOUGH CORPORATION;<br>SCHERING-PLOUGH HEALTHCARE<br>PRODUCTS, INC.; NOVARTIS<br>CONSUMER HEALTHCARE, INC.; and<br>H..E.B. GROCERY COMPANY L.P.<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§ | |

## FINAL JUDGMENT

It is the Final Judgment of this Court that, pursuant to 28 U.S.C. § 1447(c), this case is remanded to County Court at Law No. 2 of Nueces County, Texas.

ORDERED this ___28___ day of ___Dec___, 2004.

_____
HAYDEN HEAD
CHIEF JUDGE